RICHARD L. ALLEY, #144430
KELLY F. WATSON, #150674
**HARDY ERICH BROWN & WILSON**
A Professional Law Corporation
1000 G Street, 2nd Floor
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-3530
(916) 449-3800  ●  Fax (916) 449-3888
Attorneys for Defendants Bekins Van Lines, LLC and Estate of Myron Bojszuk

JACOB J. RIVAS, #208504
**LAW OFFICES OF JACOB J. RIVAS**
7050 N. Fresno Street, Suite 208
Fresno, California 93720
(559) 263-9667 ●  Fax (559) 263-9668
Attorney for Plaintiffs Sheila Munguia and Jordan Harness

MICHAEL J. CZESHINSKI, #138063
MARISSA J. FACCIANI, #201320
**WILKINS, DROLSHAGEN & CZESHINSKI, LLP**
6785 N. Willow Avenue
Fresno, California 93710
(559) 438-2390 ●  Fax (559) 438-2393
Attorneys for Counter-Defendant Jordan Harness

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT

| | |
|---|---|
| SHEILA MUNGUIA AND JORDAN HARNESS,<br><br>  Plaintiffs,<br>v.<br>BEKINS VAN LINES, LLC, ESTATE OF MYRON BOJSZUK, and DOES 1-10,<br><br>  Defendant.<br>_____<br>BEKINS VAN LINES, LLC AND ESTATE OF MYRON BOJSZUK,<br><br>  Counter-claimants<br>v.<br>JORDAN HARNESS and ROES 1-10, inclusive,<br><br>  Counter-defendants. | Case No.  1:11 CV01134 LJO SKO<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>**Sheila K. Oberto**<br>**U.S. Magistrate Judge**<br><br>**Complaint Filed:  June 8, 2011**<br>**Trial Date:  None Set** |

# I.

## STIPULATION

The parties to the above-entitled action, by and through their counsel, do hereby stipulate to continue the Scheduling Conference currently set for October 18, 2011 at 9:45 a.m., to February 7, 2012, so it can be held the same day as a related case recently filed by husband and wife, William and Joanna Wright, who allege damages arising out of the same set of facts as plaintiffs Sheila Munguia and Jordan Harness herein.  The parties agree in the interests of convenience, efficiency and economy that by moving the date of the Conference, the parties will have time to permit (1) the Wrights to consolidate their action with the instant case, (2) defendants to respond to the Wrights' claims, and (3) for the parties to update the Joint Scheduling Report to reflect the Wrights' input on contested and uncontested facts and law and critical dates.

All of the parties in this action stipulate to continuing the Scheduling Conference, to the February 7, 2012 date, with the Joint Scheduling Conference Statement due January 31, 2012.

The continuance of the Scheduling Conference is requested because good cause exists based on the fact the related case should be consolidated with the instant action, the Wrights' counsel has represented an intent to have the two actions consolidated, and defendants need additional time to respond to the Wrights' lawsuit.  Rather than set critical dates before the Wrights consolidate their action, a continuance would promote convenience and efficiency of the Court and the parties by allowing the parties time to have the cases consolidated, file responsive pleadings, and update the Joint Conference Report to reflect the Wrights' input on critical cut-off dates, including the trial date.   The related case also involves the same or similar parties, properties, claims, events and/or questions of law and fact, and therefore having the Scheduling Conference held on the same day promotes  efficiency for the Court and the parties.

HARDY
ERICH
BROWN
&
WILSON
A Professional Law Corporation
Established in 1967

1000 G Street, 2d Floor
Sacramento, CA  95814
phone (916) 449-3800
fax (916) 449-3888

k:\sko\to_be_signed\11cv1134.munguia.v.bekins.stip.cont.at.docx

2

STIPULATION AND ORDER FOR CONTINUANCE OF SCHEDULING CONFERENCE

## II.

### EXISTENCE OF GOOD CAUSE

As explained, good cause exists for the requested continuance in light of the recent filing of a related lawsuit (Case No. CVF 1:11-1675 LJO SKD). Mr. and Mrs. Wright, like plaintiffs Sheila Munguia and Jordan Harness, are claiming Myron Bojszuk, whose Estate is a defendant in this action, and defendant Bekins Van Lines, LLC., are liable for injuries they suffered in separate but nearly simultaneous car accidents on January 13, 2011, in Nevada.  Both the Wrights and plaintiffs contend, due to the alleged negligence by Mr. Bojszuk, they each and separately hit the undercarriage of Mr. Bojszuk's trailer which had previously overturned on the highway.  The issues and defenses in both cases arise from the same or similar set of facts and law.  A continuance would allow defendants time to respond to the Wrights' Complaint, allow the Wrights to seek consolidation with this action, and allow the parties to update the Joint Scheduling Statement to include input by the Wrights on contested and uncontested facts and law and critical dates.  As the issues in both cases are the same or similar, the Scheduling Conference in both cases should be held at the same time.

For these reasons, all counsel for the parties believe that the interests of justice and efficiency would be served by an Order granting the requested continuance.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  October 12, 2011		RICHARD L. ALLEY
					KELLY F. WATSON
					HARDY ERICH BROWN & WILSON


					By__/s/ Kelly F. Watson_____ _____
						Attorneys for Defendants

DATED: October 12, 2011         JACOB J. RIVAS
                                LAW OFFICES OF JACOB J. RIVAS


                                By /s/ Jacob J. Rivas, as authorized on 10/12/11
                                   Attorney for Plaintiffs

DATED: October 12, 2011         MICHAEL J. CZESHINSKI
                                MARISSA J. FACCIANI
                                WILKINS, DROLSHAGEN & CZESHINSKI, LLP


                                By /s/ Michael J. Czeshinski, as authorized on 10/12/11
                                   Attorneys for Counter-Defendant

## ORDER

On the basis of good cause, the Court ORDERS the Scheduling Conference set for October 18, 2011 shall be continued to February 7, 2012, at 9:30 a.m., the date of the Scheduling Conference in a related case, Case No. CVF 1:11-1675 LJO SKO, involving the same or similar parties, claims, events, and/or questions of fact or law. Having the Scheduling Conference on the same day will promote the convenience, efficiency and economy for the Court and the parties.

IT IS SO ORDERED.

   Dated:  **October 14, 2011**              **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE

HARDY ERICH BROWN & WILSON
A Professional Law Corporation
Established in 1967
1000 G Street, 2d Floor
Sacramento, CA 95814
phone (916) 449-3800
fax (916) 449-3888