ROGER A. DREYER, ESQ. / SBN: 095462
STEPHEN F. DAVIDS, ESQ. / SBN: 105097
**DREYER BABICH BUCCOLA WOOD, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Plaintiffs,
WILLIAM WRIGHT AND JOANNE WRIGHT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHEILA MUNGUIA, ET AL.,                     Case No.: CV F 1:11-01134 LJO SKO

     Plaintiffs,                          **STIPULATION AND ORDER
                                             CONSOLIDATING ACTIONS**

     v.
                                             **F.R.C.P. 42(a)**
BEKINS VAN LINES, LLC, ET AL.,

     Defendants.

_____

     IT IS HEREBY STIPULATED by and between the parties to the above-captioned action as

follows:

     Case No.: CV F 1:11-1675, Wright v. Bekins Van Lines, LLC, et al. and Case No.: CV F

1:11-01134, Munguia v. Bekins Van Lines, et al. are related actions. These two actions arise

from the same series of events involving two collisions with a disabled and overturned

commercial vehicle. These two actions have common questions of law and fact.  Based on this

stipulation, the parties respectfully request the Court exercise its power to consolidate these

actions for all purposes.  (Devlin v. Transportation Communications International Union, 175

F.3d 121, 130 (2nd Circuit, 1999).)

///

///

///

**Stipulation and [Proposed] Order Consolidating Actions**

IT IS SO STIPULATED.

DATED:  November 21, 2011          **LAW OFFICES OF JACOB J. RIVAS**


By:_____/s/ Jacob J. Rivas_____
JACOB J. RIVAS
Attorneys for Plaintiffs, SHEILA MUNGUIA and
JORDAN HARNESS


DATED:  November 21, 2011          **HARDY ERICH BROWN & WILSON**


By:_____/s/ Kelly F. Watson_____
KELLY F. WATSON, ESQ.
Attorneys for Defendants, BEKINS VAN LINES, LLC
and ESTATE OF MYRON BOJSZK


DATED:  November 22, 2011          **WILKINS, DROLSHAGEN & CZESHINSKI, LLP**


By:_____/s/ Michael J. Czeshinski_____
MICHAEL J. CZESHINSKI, ESQ.
Attorneys for Counter-Defendant,
JORDAN HARNESS

**Stipulation and [Proposed] Order Consolidating Actions**

**ORDER**

On the basis of good cause, and the stipulation of the parties, it is hereby ORDERED that Case No.: CV F 1:11-1675, Wright v. Bekins Van Lines, LLC, et al. and Case No.: CV F 1:11-01134, Munguia v. Bekins Van Lines, et al. be consolidated for all purposes.  The lead case shall be *Sheila Munguia, et al. v. Bekins Van Lines, LLC, et al.*, Case No. CV F 11-1134. All further papers shall be filed in *Sheila Munguia, et al. v. Bekins Van Lines, LLC, et al.*, Case CV F No. 11-1134.  The clerk is directed to close administratively *William Wright, et al. v. Bekins Van Lines, LLC, et al.*, Case No. CV F 11-1675.

IT IS SO ORDERED.

Dated:   **November 22, 2011**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

---

**Stipulation and [Proposed] Order Consolidating Actions**