1 | ROGER A. DREYER, ESQ. / SBN: 095462
STEPHEN F. DAVIDS, ESQ. / SBN: 105097
2 | **DREYER BABICH BUCCOLA WOOD, LLP**
20 Bicentennial Circle
3 | Sacramento, CA 95826
Telephone:  (916) 379-3500
4 | Facsimile:  (916) 379-3599

5 | Attorneys for Plaintiffs,
WILLIAM WRIGHT AND JOANNE WRIGHT

6

7

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | SHEILA MUNGUIA, ET AL.,                                    Case No.: CV F 1:11-01134 LJO SKO

12 |      Plaintiffs,                                          **STIPULATION AND ORDER
                                                         CONSOLIDATING ACTIONS**

13 |      v.                                                        **F.R.C.P. 42(a)**

14 | BEKINS VAN LINES, LLC, ET AL.,

15 |      Defendants.

16

17 |      IT IS HEREBY STIPULATED by and between the parties to the above-captioned action as

18 | follows:

19 |      Case No.: CV F 1:11-1675, <u>Wright v. Bekins Van Lines, LLC, et al.</u> and Case No.: CV F

20 | 1:11-01134, <u>Munguia v. Bekins Van Lines, et al.</u> are related actions. These two actions arise

21 | from the same series of events involving two collisions with a disabled and overturned

22 | commercial vehicle. These two actions have common questions of law and fact.  Based on this

23 | stipulation, the parties respectfully request the Court exercise its power to consolidate these

24 | actions for all purposes.  (<u>Devlin v. Transportation Communications International Union</u>, 175

25 | F.3d 121, 130 (2nd Circuit, 1999).)

26 | ///

27 | ///

28 | ///

-1-
**Stipulation and [Proposed] Order Consolidating Actions**

1    IT IS SO STIPULATED.

2    DATED:  November 21, 2011          **LAW OFFICES OF JACOB J. RIVAS**

3

4                                      By:___/s/ Jacob J. Rivas_____
                                           JACOB J. RIVAS
5                                          Attorneys for Plaintiffs, SHEILA MUNGUIA and
                                           JORDAN HARNESS
6

7

8    DATED:  November 21, 2011          **HARDY ERICH BROWN & WILSON**

9

10                                     By:____/s/ Kelly F. Watson_____
                                           KELLY F. WATSON, ESQ.
11                                         Attorneys for Defendants, BEKINS VAN LINES, LLC
                                           and ESTATE OF MYRON BOJSZK
12

13

     DATED:  November 22, 2011          **WILKINS, DROLSHAGEN & CZESHINSKI, LLP**
14

15                                     By:_____/s/ Michael J. Czeshinski_____
                                           MICHAEL J. CZESHINSKI, ESQ.
16                                         Attorneys for Counter-Defendant,
                                           JORDAN HARNESS
17

18

19

20

21

22

23

24

25

26

27

28

---

**Stipulation and [Proposed] Order Consolidating Actions**

**ORDER**

On the basis of good cause, and the stipulation of the parties, it is hereby ORDERED that Case No.: CV F 1:11-1675, Wright v. Bekins Van Lines, LLC, et al. and Case No.: CV F 1:11-01134, Munguia v. Bekins Van Lines, et al. be consolidated for all purposes.  The lead case shall be *Sheila Munguia, et al. v. Bekins Van Lines, LLC, et al.*, Case No. CV F 11-1134. All further papers shall be filed in *Sheila Munguia, et al. v. Bekins Van Lines, LLC, et al.*, Case CV F No. 11-1134.  The clerk is directed to close administratively *William Wright, et al. v. Bekins Van Lines, LLC, et al.*, Case No. CV F 11-1675.

IT IS SO ORDERED.

Dated:   **November 22, 2011**                    **/s/ Lawrence J. O'Neill**
                                                                      UNITED STATES DISTRICT JUDGE

**Stipulation and [Proposed] Order Consolidating Actions**