Michael J. Czeshinski, #138063
Marissa J. Facciani, #201320
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Counter-Defendant, JORDAN HARNESS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| SHEILA MUNGUIA and JORDAN HARNESS,<br><br>        Plaintiff,<br><br>v.<br><br>BEKINS VAN LINES, LLC, ESTATE OF MYRON BOJSZUK , and Does 1 through 10, inclusive.<br><br>        Defendants.<br><br>BEKINS VAN LINES, LLC and ESTATE OF MYRON BOJSZUK<br><br>        Counter-claimants,<br><br>v.<br><br>JORDAN HARNESS and ROES 1 through 10, inclusive,<br><br>        Counter-defendants. | Case Number 1:11 CV01134LJOSKO<br><br>**STIPULATION AND ORDER REGARDING GOOD FAITH SETTLEMENT** |

      Plaintiffs, SHEILA MUNGUIA and JORDAN HARNESS are represented by Jacob J. Rivas of the Law Offices of Jacob J. Rivas.

///

Stipulation and Order Regarding Good Faith Settlement

1  Plaintiffs, WILLIAM WRIGHT and JOANNE WRIGHT are represented by Roger A. Dreyer
2  and Stephen F. Davids of Dreyer, Babich, Buccola, Wood, Campora, LLP.
3  Defendant/Counter-Claimant, BEKINS VAN LINES, LLC and ESTATE OF MYRON
4  BOJSZUK are represented by Richard L. Alley and Kelly F. Watson of Hardy Erich Brown &
5  Wilson.
6  Counter-Defendant, JORDAN HARNESS is represented by Michael J. Czeshinski and
7  Marissa J. Facciani of Wilkins, Drolshagen & Czeshinski LLP.
8  IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, BY
9  AND THROUGH THEIR UNDERSIGNED COUNSEL OF RECORD, that the agreed upon
10 settlement between Plaintiff, SHEILA MUNGUIA and Counter-Defendant, JORDAN HARNESS
11 was made in good faith pursuant to California Code of Civil Procedure §§877 and 877.6.
12 IT IS FURTHER STIPULATED that in exchange for a waiver of costs and attorney's fees,
13 Defendants/Counter-Claimants, BEKINS VAN LINES, LLC and ESTATE OF MYRON BOJSKUK
14 stipulate that their counter-claim against Counter-Defendant, JORDAN HARNESS shall be
15 dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1) (A) (ii) and
16 (c).
17 IT IS FURTHER STIPULATED that any further claims or complaints for contribution or
18 indemnity including claims for total indemnity, partial indemnity, implied contractual indemnity, and
19 artfully pleaded claims seeking any form of contribution or indemnity against Counter-Defendant,
20 JORDAN HARNESS shall be barred.
21 IT IS SO STIPULATED.

23 Dated: March 21, 2012          LAW OFFICES OF JACOB J. RIVAS

25                                By   /s/ Jacob J. Rivas
                                       Jacob J. Rivas
26                                Attorneys for Plaintiffs, SHEILA MUNGUIA and
                                  JORDAN HARNESS

Stipulation and Order Regarding Good Faith Settlement

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

Dated: March 21, 2012                    DREYER, BABICH, BUCCOLA, WOOD, CAMPORA, LLP


By  /s/ Roger A. Dreyer
      Roger A. Dreyer
      Stephen F. Davids
Attorneys for Plaintiffs, WILLIAM WRIGHT and JOANNE WRIGHT


Dated: March 21, 2012                    HARDY ERICH BROWN & WILSON


By  /s/ Richard L. Alley
      Richard L. Alley
      Kelly F. Watson
Attorneys for Defendant/Counter-Claimant, BEKINS VAN LINES, LLC and ESTATE OF MYRON BOJSZUK


Dated: March 21, 2012                    WILKINS, DROLSHAGEN & CZESHINSKI LLP


By  /s/ Michael J. Czeshinski
      Michael J. Czeshinski
      Marissa J. Facciani
Attorneys for Counter-Defendant, JORDAN HARNESS

**ORDER**

IT IS HEREBY ORDERED that the agreed upon settlement between Plaintiff, SHEILA MUNGUIA and Counter-Defendant, JORDAN HARNESS was made in good faith pursuant to California Code of Civil Procedure §§877 and 877.6.

IT IS FURTHER ORDERED that in exchange for a waiver of costs and attorney's fees, Defendants/Counter-Claimants, BEKINS VAN LINES, LLC and ESTATE OF MYRON BOJSKUK's counter-claim against Counter-Defendant, JORDAN HARNESS is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1) (A) (ii) and (c).

IT IS FURTHER ORDERED that any further claims or complaints for contribution or indemnity including claims for total indemnity, partial indemnity, implied contractual indemnity, and

Stipulation and Order Regarding Good Faith Settlement                              3

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

artfully pleaded claims seeking any form of contribution or indeminty against Counter-Defendant, JORDAN HARNESS shall be barred.

    IT IS SO ORDERED.

**Dated:   March 21, 2012**              /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

Stipulation and Order Regarding Good Faith Settlement    4

Case 1:11-cv-01134-LJO-SKO   Document 28   Filed 03/21/12