Michael J. Czeshinski, #138063
Marissa J. Facciani, #201320
WILKINS, DROLSHAGEN & CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Counter-Defendant, JORDAN HARNESS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-FRESNO

| | |
|---|---|
| SHEILA MUNGUIA and JORDAN HARNESS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BEKINS VAN LINES, LLC, ESTATE OF MYRON BOJSZUK, and Does 1 through 10, inclusive.<br><br>　　　　　　Defendants.<br><br>―――――――――――――<br><br>BEKINS VAN LINES, LLC and ESTATE OF MYRON BOJSZUK<br><br>　　　　　　Counter-claimants,<br><br>　　v.<br><br>JORDAN HARNESS and ROES 1 through 10, inclusive,<br><br>　　　　　　Counter-defendants. | Case Number  1:11 CV01134LJOSKO<br><br>**STIPULATION AND ORDER REGARDING GOOD FAITH SETTLEMENT** |

　　　Plaintiffs, SHEILA MUNGUIA and JORDAN HARNESS are represented by Jacob J. Rivas

of the Law Offices of Jacob J. Rivas.

///

1   Plaintiffs, WILLIAM WRIGHT and JOANNE WRIGHT are represented by Roger A. Dreyer
2   and Stephen F. Davids of Dreyer, Babich, Buccola, Wood, Campora, LLP.

3   Defendant/Counter-Claimant, BEKINS VAN LINES, LLC and ESTATE OF MYRON
4   BOJSZUK are represented by Richard L. Alley and Kelly F. Watson of Hardy Erich Brown &
5   Wilson.

6   Counter-Defendant, JORDAN HARNESS is represented by Michael J. Czeshinski and
7   Marissa J. Facciani of Wilkins, Drolshagen & Czeshinski LLP.

8   IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE PARTIES, BY
9   AND THROUGH THEIR UNDERSIGNED COUNSEL OF RECORD, that the agreed upon
10  settlement between Plaintiff, SHEILA MUNGUIA and Counter-Defendant, JORDAN HARNESS
11  was made in good faith pursuant to California Code of Civil Procedure §§877 and 877.6.

12  IT IS FURTHER STIPULATED that in exchange for a waiver of costs and attorney's fees,
13  Defendants/Counter-Claimants, BEKINS VAN LINES, LLC and ESTATE OF MYRON BOJSKUK
14  stipulate that their counter-claim against Counter-Defendant, JORDAN HARNESS shall be
15  dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1) (A) (ii) and
16  (c).

17  IT IS FURTHER STIPULATED that any further claims or complaints for contribution or
18  indemnity including claims for total indemnity, partial indemnity, implied contractual indemnity, and
19  artfully pleaded claims seeking any form of contribution or indemnity against Counter-Defendant,
20  JORDAN HARNESS shall be barred.

21  IT IS SO STIPULATED.

23  Dated: March 21, 2012            LAW OFFICES OF JACOB J. RIVAS

25                                   By   /s/ Jacob J. Rivas
                                          Jacob J. Rivas
26                                   Attorneys for Plaintiffs, SHEILA MUNGUIA and
                                     JORDAN HARNESS

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
6785 N. Willow Ave.
Fresno, CA 93710

Stipulation and Order Regarding Good Faith Settlement       2

| | |
|---|---|
| Dated: March 21, 2012 | DREYER, BABICH, BUCCOLA, WOOD, CAMPORA, LLP |

By  /s/ Roger A. Dreyer
    Roger A. Dreyer
    Stephen F. Davids
Attorneys for Plaintiffs, WILLIAM WRIGHT and JOANNE WRIGHT

Dated: March 21, 2012                 HARDY ERICH BROWN & WILSON

By  /s/ Richard L. Alley
    Richard L. Alley
    Kelly F. Watson
Attorneys for Defendant/Counter-Claimant, BEKINS VAN LINES, LLC and ESTATE OF MYRON BOJSZUK

Dated: March 21, 2012                 WILKINS, DROLSHAGEN & CZESHINSKI LLP

By  /s/ Michael J. Czeshinski
    Michael J. Czeshinski
    Marissa J. Facciani
Attorneys for Counter-Defendant, JORDAN HARNESS

## ORDER

IT IS HEREBY ORDERED that the agreed upon settlement between Plaintiff, SHEILA MUNGUIA and Counter-Defendant, JORDAN HARNESS was made in good faith pursuant to California Code of Civil Procedure §§877 and 877.6.

IT IS FURTHER ORDERED that in exchange for a waiver of costs and attorney's fees, Defendants/Counter-Claimants, BEKINS VAN LINES, LLC and ESTATE OF MYRON BOJSKUK's counter-claim against Counter-Defendant, JORDAN HARNESS is dismissed with prejudice pursuant to Federal Rules of Civil Procedure Rule 41 (a) (1) (A) (ii) and (c).

IT IS FURTHER ORDERED that any further claims or complaints for contribution or indemnity including claims for total indemnity, partial indemnity, implied contractual indemninty, and

artfully pleaded claims seeking any form of contribution or indeminty against Counter-Defendant, JORDAN HARNESS shall be barred.

  IT IS SO ORDERED.

**Dated:**  **March 21, 2012**       /s/ Lawrence J. O'Neill
                  UNITED STATES DISTRICT JUDGE