RICHARD L. ALLEY, #144430
KELLY F. WATSON, #150674
**HARDY ERICH BROWN & WILSON**
A Professional Law Corporation
1000 G Street, Suite 200
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-3530
(916) 449-3800  ●  Fax (916) 449-3888

Attorneys for Defendants Bekins Van Lines, LLC and Estate of Myron Bojszuk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT

| | |
|---|---|
| SHEILA MUNGUIA and JORDAN HARNESS,<br><br>　　　　Plaintiffs.<br><br>　　v.<br><br>BEKINS VAN LINES, LLC, ESTATE OF MYRON BOJSZUK, and DOES 1-10,<br><br>　　　　Defendants.<br>AND RELATED ACTIONS | Case No.  1:11 CV01134 LJO SKO<br><br>STIPULATION TO VACATE MID-DISCOVERY STATUS CONFERENCE; ORDER<br><br><br>Trial Date:  September 24, 2013<br>Complaint Filed:  June 8, 2011 |

A mid-discovery status conference is currently scheduled for December 19, 2012, at 9:30 a.m. before Magistrate Judge Sheila K. Oberto in Courtroom 7.  The parties have determined they have no issues to present at the mid-discovery status conference, and accordingly stipulate and request the Court vacate the conference.

Dated:  December 11, 2012

　　　　　　　　　　　　　　　　　　　　 /s/ Jacob J. Rivas (approval on 12/11/12)
　　　　　　　　　　　　　　　　　　　　JACOB J. RIVAS, ESQ.
　　　　　　　　　　　　　　　　　　　　LAW OFFICE OF JACOB J. RIVAS
　　　　　　　　　　　　　　　　　　　　7050 N. Fresno Street, Suite 208
　　　　　　　　　　　　　　　　　　　　Fresno, CA 93720
　　　　　　　　　　　　　　　　　　　　(559) 263-9667
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs Sheila Munguia and Jordan Harness

Dated: December 10, 2012

      /s/ Stephen F. Davids_(approval on 12/10/12____
STEPHEN F. DAVIDS, ESQ.
DREYER BABICH BUCCOLA WOOD CAMPORA, LLP
20 Bicentennial Circle
Sacramento, CA 95826
(916) 379-3500
Attorney for Plaintiffs William Wright and Joanne Wright

Dated: December 10, 2012

      /s/ Kelly F. Watson_____
KELLY F. WATSON
STATE BAR NO. 150674
**HARDY ERICH BROWN & WILSON**
A Professional Law Corporation
1000 G Street, 2nd Floor
Sacramento, California 95814
(916) 449-3800
Attorney for Defendants Bekins Van Lines, LLC and Estate of Myron Bojszuk

ORDER

IT IS SO ORDERED.

Dated:   **December 11, 2012**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

| k:\sko\to_be_signed\11cv1134.stipo.vacate.sc.docx | 2 | STIPULATION TO VACATE MID-DISCOVERY STATUS CONFERENCE; ORDER |