RICHARD L. ALLEY, #144430
KELLY F. WATSON, #150674
**HARDY ERICH BROWN & WILSON**
A Professional Law Corporation
1000 G Street, Suite 200
Sacramento, California 95814
P.O. Box 13530
Sacramento, California 95853-3530
(916) 449-3800 ● Fax (916) 449-3888

Attorneys for Defendants Bekins Van Lines, LLC and Estate of Myron Bojszuk

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT

| | |
|---|---|
| SHEILA MUNGUIA and JORDAN HARNESS, <br><br> Plaintiffs. <br><br> v. <br><br> BEKINS VAN LINES, LLC, ESTATE OF MYRON BOJSZUK, and DOES 1-10, <br><br> Defendants. <br><br> AND RELATED ACTIONS | Case No. 1:11 CV01134 LJO SKO <br><br> JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER <br> (F.R.C.P. 41(A)(1)(A)) <br><br><br> Trial Date: September 24, 2013 <br> Complaint Filed: June 8, 2011 |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Sheila Munguia and Jordan Harness, through their designated counsel Law Office of Jacob Rivas, and Defendants Bekins Van Lines, LLC and Estate of Myron Bojszuk, through their designated counsel Hardy Erich Brown & Wilson, that the above-captioned action against Defendants Bekins Van Lines, LLC and Estate of Myron Bojszuk, be and hereby is dismissed with prejudice as to Sheila Munguia and Jordan Harness pursuant to FRCP 41(a)(1)(A).  All parties to bear their own costs and fees.

///

///

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED:  December 26, 2012     RICHARD L. ALLEY
KELLY F. WATSON
HARDY ERICH BROWN & WILSON


By  /s/ Kelly F. Watson
    KELLY F. WATSON, ESQ.
    HARDY ERICH BROWN & WILSON
    A PROFESSIONAL LAW CORPORATION
    1000 G STREET, SUITE 200
    SACRAMENTO, CALIFORNIA 95814
    ATTORNEYS FOR DEFENDANTS


DATED:  December 21, 2012     JACOB J. RIVAS
LAW OFFICES OF JACOB J. RIVAS


By  /s/ Jacob J. Rivas, as authorized on 12/21/12
    JACOB J. RIVAS, ESQ.
    LAW OFFICE OF JACOB J. RIVAS
    7050 N. FRESNO STREET, SUITE 208
    FRESNO, CA 93720
    ATTORNEYS FOR SHEILA MUNGUIA AND
    JORDAN HARNESS

**ORDER**

This Court enters this dismissal based on the parties' stipulation.  The clerk is directed NOT to close this action.

IT IS SO ORDERED.

   Dated:  **December 27, 2012**          **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

HARDY ERICH BROWN & WILSON
A Professional Law Corporation
Established in 1967
1000 G Street, Suite 200
Sacramento, CA  95814
phone (916) 449-3800
fax (916) 449-3888