# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIAM WRIGHT, et al.

    Plaintiffs,

v.

BEKINS VAN LINES, LLC, et al.

    Defendants.

CASE NO. 1:11-cv-01134-LJO-SKO

Consolidated with case no. 1:11-cv-01675-LJO-SKO

**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR DEFENDANTS' MOTION TO EXTEND DISCOVERY DEADLINES**

(Doc. 47)

## I. INTRODUCTION

On February 12, 2013, Defendants Bekins Van Lines, LLC and the Estate of Myron Bojszuk ("Defendants") filed an ex parte application to shorten time to hear their concurrently filed motion to extend the discovery deadlines. (*See* Docs 47, 48.) For the reasons set forth below, Defendants' ex parte application to shorten time to hear the motion to extend the discovery deadlines is GRANTED.

## II. DISCUSSION

Defendants have retained expert forensic pathologist Dr. John J. Smith, who is of the opinion that an autopsy of decedent Myron Bojszuk, the driver of the tractor trailer that overturned and was involved in the accident giving rise to this lawsuit, will have bearing on the cause of Mr. Bojszuk's death. Dr. Smith has opined that the documents he reviewed are not consistent with a traumatic injury caused by blunt force trauma as set forth in Mr. Bojszuk's death certificate as his cause of death. (Doc. 47-1, Declaration of Dr. Smith, ¶¶ 5, 6.) However, the St. Nicholas Ukrainian Catholic

Cathedral Rectory in Illinois, where Mr. Bojszuk is buried, will not allow the exhumation without a court order. (Doc. 47-1, Declaration of Richard L. Alley, ¶ 13.)

Defendants seek additional time to obtain an order from an Illinois state court to exhume Mr. Bojszuk's body, perform an autopsy, and provide time for the experts to consider any new information the autopsy reveals. Defendants estimate they will need 90 days to secure an order for exhumation and have an autopsy performed. (Doc. 47-1, Declaration of Richard L. Alley, ¶¶ 13, 16.) Defendants' non-expert discovery deadline is currently February 22, 2013, and their expert discovery deadline is April 12, 2013. Thus, Defendants seek an order shortening time on their motion to extend the discovery deadlines and request that the motion be heard on February 27, 2013.

As the issues involved in Defendants' motion to extend the discovery deadlines are fairly limited and because time is of the essence with respect to the discovery schedule, Defendants' ex parte application for an order shortening time to hear the motion is granted.

### III.   CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' ex parte application for an order shortening time is GRANTED;
2. Defendants' motion to extend the discovery deadlines **shall be heard on Wednesday, February 27, 2013, at 9:30 a.m. in Courtroom 7**;
3. Opposition to Defendants' motion shall be filed **no later than February 20, 2013**;
4. Any reply brief shall be filed **no later than February 22, 2013**;
5. Telephonic appearances for the hearing are APPROVED and ENCOURAGED provided the parties contact the Courtroom Deputy **no later than February 22, 2013**, at (559) 499-5790 to notify the Court of an intent to appear telephonically; and
6. Any parties wishing to appear telephonically must jointly coordinate one conference call to the Court at the time and date for the hearing at (559) 499-5790.

IT IS SO ORDERED.

**Dated:   February 13, 2013**          /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE