1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10

WILLIAM WRIGHT, et al.,

11

           Plaintiffs,

12

13

  v.

14

BEKINS VAN LINES, LLC, et al.,

15

           Defendants.

16

17

18

                           /

CASE NO. 1:11-cv-01134-SKO

**ORDER GRANTING DEFENDANTS'
MOTION TO EXTEND DISCOVERY
DEADLINES AS TO CERTAIN
MATTERS**

(Docket No. 48)

**ORDER MODIFYING SCHEDULE**

19       On February 12, 2013, Defendants Bekins Van Lines, LLC and Estate of Myron Bojszuk

20  ("Bojszuk" or collectively "Defendants") filed a motion to continue/extend discovery deadline as to

21  certain matters and an ex parte application to shorten time to hear the motion; the Court granted the

22  ex parte application.  (Docs. 47-49.)  On February 20, 2013, Plaintiffs William Wright and Joanne

23  Wright ("Plaintiffs") filed an opposition to the motion, and on February 22, 2013, Defendants filed

24  a reply.  (Docs. 50, 51.)  A hearing on the motion was held on February 27, 2013, before Magistrate

25  Judge Sheila K. Oberto.

26       At the hearing, the Court determined that good cause existed to grant Defendants' motion and

27  to extend the discovery deadlines as to certain matters for the reasons set forth on the record.

28  ///

Accordingly, the schedule is modified as follows:

| Event | Current Date | Modified Date |
|---|---|---|
| Non-expert discovery | February 22, 2013 | February 22, 2013 |
| Expert disclosure (for all matters except supplemental reports related to Mr. Bojszuk's autopsy) | March 1, 2013 | March 1, 2013 |
| Supplemental expert disclosure (for supplemental reports related to Mr. Bojszuk's autopsy) | None set | April 19, 2013 |
| Expert discovery deadline | April 12, 2013 | May 24, 2013 |
| Non-dispositive motion filing deadline | April 17, 2013 | May 29, 2013 |
| Non-dispositive motion hearing deadline | May 15, 2013 | June 26, 2013 |
| Dispositive motion filing deadline | May 22, 2013 | July 3, 2013[1] |
| Dispositive motion hearing deadline | July 3, 2013 | August 7, 2013 |
| Pre-trial conference | August 14, 2013 | September 11, 2013 |
| Trial | September 24, 2013 | October 22, 2013 |

The settlement conference, currently scheduled for March 15, 2013, is continued May 31, 2013, at 11:00 a.m., in Courtroom 9 before Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

**Dated:   February 27, 2013**                          /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

---

[1] At the February 27, 2013, hearing, the Court indicated that the dispositive motion filing deadline would be continued to July 13, 2013; however, the Court intended to set the date as July 3, 2013.