1  ROGER A. DREYER, ESQ. / SBN: 095462
   STEPHEN F. DAVIDS, ESQ. / SBN: 105097
2  **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
   20 Bicentennial Circle
3  Sacramento, CA 95826
   Telephone:  (916) 379-3500
4  Facsimile:  (916) 379-3599

5  Attorneys for Plaintiffs,
   WILLIAM WRIGHT and JOANNE WRIGHT

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | WILLIAM WRIGHT, et al.,          | Case No.: 1:11-cv-01134 SKO |
12 |     Plaintiffs,                  | **STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON** |
13 |     v.                           | **[F.R.C.P. Rule 41 (a)(1); Local Rule 160]** |
14 | BEKINS VAN LINES, LLC, et al.,   |
15 |     Defendants.                  |

16

17      IT IS HEREBY STIPULATED by and between the parties of this action, through their

18 designated counsel, that the above-captioned action be dismissed in its entirety, with

19 prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

20 DATED:  September 10, 2013         **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

21

22                                    By:   /s/ Roger A. Dreyer
                                            ROGER A. DREYER
23                                          Attorneys for Plaintiffs, WILLIAM WRIGHT and
                                            JOANNE WRIGHT
24

25 DATED:  September 10, 2013         **HARDY ERICH BROWN & WILSON**

26

27                                    By:   /s/ Richard L. Alley
                                            RICHARD L. ALLEY
28                                          Attorney for Defendants, BEKINS VAN LINES, LLC
                                            and ESTATE OF MYRON BOJSZUK

                                      -1-
**Stipulation of Dismissal**

## **ORDER**

IT IS HEREBY ORDERED that the that the above-captioned action is dismissed in its entirety, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and based upon the stipulation of the parties. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   **September 11, 2013**                          **/s/ Sheila K. Oberto**
                                                                                    UNITED STATES MAGISTRATE JUDGE

**Order**